IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RREEF INFRASTRUCTURE (G.P.) LIMITED, et al.,<br><br>　　　　*Petitioners*,<br><br>　　v.<br><br>KINGDOM OF SPAIN,<br><br>　　　　*Respondent*. | Civil Action No. 1:19-cv-03783-CJN |

## JOINT STATUS REPORT

Pursuant to the Court's Order of March 31, 2021, Petitioners and Respondent notify the Court of the following developments since the last Joint Status Report filed May 31, 2021:

On June 10-11, 2021, the *ad hoc* annulment committee held a hearing on the annulment.

The parties are submitting additional submissions today addressing: (1) costs for the annulment proceedings; and (2) certain documents from the ECT *travaux preparatoires* that the Committee requested at the conclusion of the hearing on annulment.

1

2

| Dated: August 2, 2021 | Respectfully submitted, |
|---|---|
| KINGDOM OF SPAIN | RREEF INFRASTRUCTURE (G.P.) LIMITED AND RREEF PAN-EUROPEAN INFRASTRUCTURE TWO LUX S.A.R.L |
| By its attorneys, | By its attorneys, |

| | |
|---|---|
| /s/ *Ana C. Reyes* | /s/ *Matthew McGill* |
| Ana C. Reyes (D.C. Bar No. 477354) | Matthew McGill (D.C. Bar #481430) |
| Jonathan M. Landy (D.C. Bar No. 467847) | mmcgill@gibsondunn.com |
| Benjamin W. Graham (D.C. Bar No. 1044724) | Matthew S. Rozen, D.C. Bar #1023209 |
| WILLIAMS & CONNOLLY LLP | mrozen@gibsondunn.com |
| 725 Twelfth Street, N.W. | Ankita Ritwik, D.C. Bar #1024801 |
| Washington, DC  20005 | aritwik@gibsondunn.com |
| Tel.:   (202) 434-5000 | GIBSON, DUNN & CRUTCHER LLP |
| Fax:    (202) 434-5029 | 1050 Connecticut Avenue, N.W. |
| Email: areyes@wc.com | Washington, DC 20036 |
| | Telephone: 202.955.8500 |
| Csaba M. Rusznak (D.C. Bar No. 1030310) | Facsimile: 202.467.0539 |
| SOVEREIGN ARBITRATION ADVISORS LLC | |
| 1050 Connecticut Avenue, N.W., Ste. 66255 | *Attorneys for RREEF Infrastructure (G.P.)* |
| Washington, DC  20035 | *Limited and RREEF Pan-European* |
| crusznak@sovereignarbitration.us | *Infrastructure Two Lux S.A.R.L.* |

*Counsel for the Kingdom of Spain*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, I caused a true and correct copy of the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

                                                  _/s/ Ana C. Reyes_
                                                  Ana C. Reyes