IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RREEF Infrastructure (G.P.) Limited; RREEF Pan-European Infrastructure Two Lux S.A.R.L.,<br><br>*Petitioners*,<br><br>v.<br><br>Kingdom of Spain,<br><br>*Respondent*. | Civil Action No. 1:19-cv-03783-CJN |

**Joint Status Report**

Pursuant to the Court's March 31, 2021 Minute Order, Petitioners RREEF Infrastructure (G.P.) Limited and RREEF Pan-European Infrastructure Two Lux S.A.R.L. and Respondent the Kingdom of Spain ("the Parties") notify the Court of the following development:

Between August 19, 2021, and September 17, 2021, the parties submitted filings concerning supplemental authorities to the ad hoc annulment committee. As of today, the ad hoc annulment committee has not issued a decision.

There have been no other material developments since the parties' last joint status report on August 2, 2021.

| | |
|---|---|
| Dated: October 1, 2021 | Respectfully submitted, |
| KINGDOM OF SPAIN | RREEF INFRASTRUCTURE (G.P.) LIMITED AND RREEF PAN-EUROPEAN INFRASTRUCTURE TWO LUX S.A.R.L |
| By its attorneys, | By its attorneys, |
| */s/ Ana C. Reyes* | /s/*Matthew McGill* |
| Ana C. Reyes (D.C. Bar No. 477354)<br>Jonathan M. Landy (D.C. Bar No. 467847)<br>Benjamin W. Graham (D.C. Bar No. 1044724)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Tel.:  (202) 434-5000<br>Fax:  (202) 434-5029<br>Email: areyes@wc.com | Matthew McGill (D.C. Bar #481430)<br>mmcgill@gibsondunn.com<br>Matthew S. Rozen, D.C. Bar #1023209<br>mrozen@gibsondunn.com<br>Ankita Ritwik, D.C. Bar #1024801<br>aritwik@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |
| Csaba M. Rusznak (D.C. Bar No. 1030310)<br>SOVEREIGN ARBITRATION ADVISORS LLC<br>1050 Connecticut Avenue, N.W., Ste. 66255<br>Washington, DC 20035<br>crusznak@sovereignarbitration.us | *Attorneys for RREEF Infrastructure (G.P.) Limited and RREEF Pan-European Infrastructure Two Lux S.A.R.L.* |
| *Counsel for the Kingdom of Spain* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I caused a true and correct copy of the foregoing Joint Status Report to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ *Matthew McGill*
Matthew McGill