UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RREEF INFRASTRUCTURE (G.P.) LIMITED and RREEF PAN-EUROPEAN INFRASTRUCTURE TWO LUX S.A.R.L.,<br><br>Petitioners,<br>v.<br><br>KINGDOM OF SPAIN,<br><br>Respondent. | Civil Action No. 1:19-cv-03783-CJN<br><br>**Hon. Carl J. Nichols** |

### NOTICE OF WITHDRAWAL OF
### ANA C. REYES AS RESPONDENT'S COUNSEL

PLEASE TAKE NOTICE THAT Ana C. Reyes is withdrawing as counsel for the Kingdom of Spain ("Respondent"). Respondent consents to this withdrawal.

Respondent will continue to be represented by Jonathan M. Landy and Benjamin W. Graham of Williams & Connolly LLP and by Csaba M. Rusznack of Sovereign Arbitration Advisors LLC.

Dated:  May 4, 2022

Respectfully submitted,

 /s/ Ana C. Reyes
Ana C. Reyes (D.C. Bar No. 477354)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC  20024
Tel.:   (202) 434-5000
Fax:   (202) 434-5029
Email: areyes@wc.com

1