IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RREEF INFRASTRUCTURE (G.P.) LIMITED and RREEF PAN-EUROPEAN INFRASTRUCTURE TWO LUX S.A.R.L., <br><br> *Petitioners*, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> *Respondent*. | Civil Action No. 1:19-cv-03783-CJN |

**UNOPPOSED MOTION TO EXTEND TIME
TO PROPOSE A BRIEFING SCHEDULE**

On June 15, 2022, the Parties filed a Joint Status Report, ECF No. 44, to notify the Court of the resolution of the annulment proceedings. The Parties also advised that "Spain intends to renew its motion to dismiss, and the Parties propose to submit a briefing schedule for the Court's consideration on Monday, June 20, 2022." *Id.* at 2.

Counsel for the Kingdom of Spain requires additional time to advise and take instruction from their client. Spain respectfully requests an extension through Friday, June 25, 2022 for the Parties to submit a briefing schedule for the Court's consideration. Petitioners do not oppose this request.

Dated: June 20, 2022

Respectfully submitted,

   */s/ Jonathan M. Landy*

Jonathan M. Landy (D.C. Bar No. 467847)
Benjamin W. Graham (D.C. Bar No. 1044724)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel.:     (202) 434-5000
Fax:     (202) 434-5029
Email:    jlandy@wc.com

1

Csaba M. Rusznak (D.C. Bar No. 1030310)
SOVEREIGN ARBITRATION ADVISORS LLC
1050 Connecticut Avenue, N.W., Ste. 66255
Washington, DC  20035
crusznak@sovereignarbitration.us

*Counsel for the Kingdom of Spain*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2022, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

                                               */s/ Jonathan M. Landy*
                                               Jonathan M. Landy