IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RREEF Infrastructure (G.P.) Limited; RREEF Pan-European Infrastructure Two Lux S.A.R.L.,<br><br>          *Petitioners*,<br><br>v.<br><br>Kingdom of Spain,<br><br>          *Respondent*. | Civil Action No. 1:19-cv-03783-CJN |

**JOINT MOTION TO SET A BRIEFING SCHEDULE**

Petitioners RREEF Infrastructure (G.P.) Limited and RREEF Pan-European Infrastructure Two Lux S.A.R.L. ("Petitioners") and Respondent the Kingdom of Spain ("Spain") (collectively, "the Parties") submit this Joint Motion to Set a Briefing Schedule.

Spain intends to renew its motion to dismiss, and the Parties further agree that the motion should be decided based largely on the existing briefing, which was completed in January 2021. *See* ECF Nos. 16, 17, 21, 29, 28; *see also* ECF Nos. 30, 31. The Parties nonetheless agree that limited supplemental briefing is warranted to account for any significant legal development that may have occurred during the fifteen months that this case has been stayed. To that end, the Parties propose and respectfully request that the Court grant the following briefing and argument schedule:

- By July 15, 2022, the Parties may each concurrently file Notices of Supplemental Authority of no more than five pages;

- By July 29, 2022, the Parties may each concurrently file responses to each other's Notices of Supplemental Authority of no more than three pages.

The Parties respectfully request that the Court schedule oral argument on the motion thereafter.

1

| | |
|---|---|
| Dated: June 24, 2022 | Respectfully submitted, |
| KINGDOM OF SPAIN | RREEF INFRASTRUCTURE (G.P.) LIMITED AND RREEF PAN-EUROPEAN INFRASTRUCTURE TWO LUX S.A.R.L. |
| By its attorneys, | By its attorneys, |
| */s/ Jonathan M. Landy* | /s/*Matthew McGill* |
| Jonathan M. Landy (D.C. Bar No. 467847) | Matthew McGill (D.C. Bar #481430) |
| Benjamin W. Graham (D.C. Bar No. 1044724) | mmcgill@gibsondunn.com |
| WILLIAMS & CONNOLLY LLP | Matthew S. Rozen, D.C. Bar #1023209 |
| 725 Twelfth Street, N.W. | mrozen@gibsondunn.com |
| Washington, DC  20005 | Ankita Ritwik, D.C. Bar #1024801 |
| Tel.:   (202) 434-5000 | aritwik@gibsondunn.com |
| Fax:   (202) 434-5029 | GIBSON, DUNN & CRUTCHER LLP |
| Email:  jlandy@wc.com | 1050 Connecticut Avenue, N.W. |
| | Washington, DC 20036 |
| Csaba M. Rusznak (D.C. Bar No. 1030310) | Telephone: 202.955.8500 |
| SOVEREIGN ARBITRATION ADVISORS LLC | Facsimile: 202.467.0539 |
| 1050 Connecticut Avenue, N.W., Ste. 66255 | |
| Washington, DC  20035 | *Attorneys for RREEF Infrastructure (G.P.) Limited and RREEF Pan-European Infrastructure Two Lux S.A.R.L.* |
| crusznak@sovereignarbitration.us | |
| *Counsel for the Kingdom of Spain* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, I caused a true and correct copy of the foregoing Joint Motion To Set A Briefing Schedule to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ *Matthew McGill*
Matthew McGill