UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RREEF INFRASTRUCTURE (G.P.) LIMITED and RREEF PAN-EUROPEAN INFRASTRUCTURE TWO LUX S.A.R.L.,<br><br>Petitioners,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>Respondent. | Civil Action No. 1:19-cv-03783-CJN<br><br>**Hon. Carl J. Nichols** |

**THE KINGDOM OF SPAIN'S SUPPLEMENTAL RESPONSE
TO PETITIONERS' MOTION FOR SUBSTITUTION**

Before the Court is a Motion for Substitution filed by Petitioners, RREEF Infrastructure (G.P.) Limited and RREEF Pan-European Infrastructure Two Lux S.à.r.l., and the proposed substitute Blasket Renewable Investments LLC ("Blasket"). *See* ECF No. 51. Initially, Spain opposed this request. *See* ECF No. 52. However, after further conferring with its counsel, Spain amends its position. Without prejudice to the validity *vel non* of the putative assignment of the Award, the Kingdom of Spain does not oppose the substitution of Blasket Renewable Investments, LLC pursuant to Federal Rule of Civil Procedure 25(c).

Dated: July 7, 2023

Respectfully submitted,

  /s/ Jonathan M. Landy

Jonathan M. Landy (D.C. Bar No. 467847)
Benjamin W. Graham (D.C. Bar No. 1044724)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC  20024
Tel.:     (202) 434-5000
Fax:     (202) 434-5029
Email:   jlandy@wc.com

Csaba M. Rusznak (D.C. Bar No. 1030310)

1

SOVEREIGN ARBITRATION ADVISORS LLC
1050 Connecticut Avenue, N.W., Ste. 66255
Washington, DC  20035
crusznak@sovereignarbitration.us

*Counsel for the Kingdom of Spain*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2023, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

                                                 */s/ Jonathan M. Landy*
                                                 Jonathan M. Landy