UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLASKET RENEWABLE
INVESTMENTS,

    *Petitioner*,

v.

KINGDOM OF SPAIN,

    *Respondent*.

Civil Action No. 1:19-cv-03783 (CJN)

## ORDER AND JUDGMENT

For the reasons stated in the Court's Memorandum Opinion issued on August 12, 2025, it is hereby

**ORDERED** that the arbitral award issued on December 11, 2019, in ICSID Case No. ARB/13/30 is enforced in the same manner as if it were a final judgment of a court of general jurisdiction in one of the several states.

It is further **ORDERED** that judgment is entered in favor of Petitioner in the amount of $88,396,862.69 USD as of the date of this judgment, plus post-judgment interest at the rate specified in 28 U.S.C. § 1961, from the date of this judgment until the judgment is satisfied.

DATE: February 3, 2026

_____
CARL J. NICHOLS
United States District Judge

1