**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BLASKET RENEWABLE INVESTMENTS LLC,

　　　*Petitioner*,

v.

KINGDOM OF SPAIN,

　　　*Respondent*.

Civil Action No. 1:19-cv-3783 (CJN)

　　　Please take notice that Jacquelyn E. Fradette of Sidley Austin LLP enters her appearance as counsel of record on behalf of Respondent Kingdom of Spain.

Dated: April 23, 2026

Respectfully submitted,

*/s/ Jacquelyn E. Fradette*
Jacquelyn E. Fradette
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Tel.: (202) 736-8000
Fax: (202) 736-8711
jfradette@sidley.com

*Counsel for Respondent Kingdom of Spain*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.


Dated: April 23, 2026


/s/ *Jacquelyn E. Fradette*
Jacquelyn E. Fradette

2